UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

      v.                                  Case No. 19-CR-84

ARCHIE G. OVERBY,

        Defendant.

## PRELIMINARY ORDER OF FORFEITURE

Upon consideration of the United States' Motion for Entry of a Preliminary Order of Forfeiture under Rule 32.2 of the Federal Rules of Criminal Procedure and the terms of Defendant Archie G. Overby's plea agreement,

IT IS HEREBY ORDERED that the United States' motion for entry of a preliminary order of forfeiture be, and hereby is, GRANTED.

IT IS FURTHER ORDERED that a money judgment of forfeiture in the amount of $146,035.23, be, and hereby is, entered against Defendant Archie G. Overby.

IT IS FURTHER ORDERED that the terms of this Order shall be recounted in the Defendant's Judgment and Commitment Order.

Dated at Green Bay, Wisconsin, this 19th day of June, 2020.

                                                s/ William C. Griesbach
                                                WILLIAM GRIESBACH
                                                United States District Judge